AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| UNIVERSAL TRANSDATA, LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 17-cv-23346-KMM |
| TRANSCEND INFORMATION, INC., | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TRANSCEND INFORMATION, INC.
c/o is Justin Marshall King (reg'd agent)
7200 Corporate Center Drive, Suite 409
Miami, FL 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Martin B. Sipple
AUSLEY MCMULLEN
123 South Calhoun Street
Tallahassee, Florida 32301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

Date: 09/06/2017

**SUMMONS**

*s/ Maria Cruz*
Deputy Clerk
U.S. District Courts